```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 08 B 00321
    MICHELLE SLOAN
                                          CHAPTER 13

                                          JUDGE: JACK B SCHMETTERER

         Debtor
    SSN XXX-XX-3331

-------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
      The case was filed on 01/08/2008 and was confirmed 02/27/2008.

      The plan was confirmed to pay secured creditors 100% and unsecured
 creditors  14.00%.

      The case was dismissed after confirmation 07/16/2008.
-------------------------------------------------------------------------------
 CREDITOR NAME                CLASS           CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                               PAID           PAID
-------------------------------------------------------------------------------
 ARONSON FURNITURE            UNSECURED        NOT FILED        .00           .00
 CERTEGY                      UNSECURED        NOT FILED        .00           .00
 CITY OF CHICAGO PARKING      UNSECURED         3030.00         .00           .00
 CITY OF CHICAGO PARKING      UNSECURED        NOT FILED        .00           .00
 CITY OF CHICAGO PARKING      UNSECURED        NOT FILED        .00           .00
 CREDIT PROTECTION ASSOC      UNSECURED        NOT FILED        .00           .00
 CREDIT PROTECTION ASSOC      UNSECURED        NOT FILED        .00           .00
 CREDIT MANAGEMENT INC        UNSECURED        NOT FILED        .00           .00
 GREATER SUBURBAN ACCEPTA     UNSECURED        NOT FILED        .00           .00
 H&F LAW                      UNSECURED        NOT FILED        .00           .00
 HSBC BERGNERS                UNSECURED        NOT FILED        .00           .00
 HSBC/RS                      UNSECURED        NOT FILED        .00           .00
 JJ MARSHALL                  UNSECURED        NOT FILED        .00           .00
 MONTEREY COLLECTIONS         UNSECURED          846.66         .00           .00
 MONTEREY FINANCIAL           UNSECURED        NOT FILED        .00           .00
 NICOR GAS                    UNSECURED        NOT FILED        .00           .00
 OVERLAND BOND                UNSECURED         6037.69         .00           .00
 OVERLAND BOND & INVESTME     UNSECURED        NOT FILED        .00           .00
 PEOPLES GAS LIGHT & COKE     UNSECURED        NOT FILED        .00           .00
 ECAST SETTLEMENT CORP        UNSECURED          668.60         .00           .00
 THE HOME DEPOT/ CBUSA        UNSECURED        NOT FILED        .00           .00
 UNITED COLLECTIONS           UNSECURED        NOT FILED        .00           .00
 WEST ASSET MANAGEMENT        UNSECURED        NOT FILED        .00           .00
 CITIMORTGAGE INC             CURRENT MORTG       .00           .00           .00
 CITIMORTGAGE INC             MORTGAGE ARRE       .00           .00           .00
 CITIMORTGAGE                 NOTICE ONLY    NOT FILED          .00           .00
 OVERLAND BOND                SECURED NOT I    9235.00          .00           .00
 MONTEREY COLLECTIONS         SECURED NOT I    1200.00          .00           .00
 DEBRA J VORHIES LEVINE       DEBTOR ATTY      2,714.00                     552.00
 TOM VAUGHN                   TRUSTEE                                        48.00
 DEBTOR REFUND                REFUND                                        450.00


                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 08 B 00321 MICHELLE SLOAN
```

Summary of Receipts and Disbursements:

```
                          RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                  1,050.00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                     552.00
TRUSTEE COMPENSATION                                48.00
DEBTOR REFUND                                      450.00
                        ---------------      ---------------
TOTALS                   1,050.00                1,050.00
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 10/29/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE